# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIMMS, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00012-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Larry Charles Mitchell ("Plaintiff") is a county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2019, Plaintiff filed a complaint, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Plaintiff's application to proceed in forma pauperis is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require, nor is the certificate portion of the form dated, signed, or filled-out by an authorized officer of the correctional institution. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **January 7, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE